1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN - DISTRICT OF NEVADA

| LILLIAN YOUNG, individually, | CASE NO. |
|---|---|
| Plaintiff, | 2:07-cv-01591-LRH-RJJ |
| vs. | |
| LIFE CARE CENTERS OF AMERICA, INC. d/b/a LIFE CARE CENTER OF LAS VEGAS, WEST; and DOES 1 to 75, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PLEADING**

COMES NOW, Plaintiff, LILLIAN YOUNG, by and through her attorney of record, Timothy R. O'Reilly, Esq. of WALLER LAW GROUP and Defendant LIFE CARE CENTER OF AMERICA, INC, by and through it's attorneys of record, ALVERSON, TAYLOR, MORTENSEN & SANDERS, and stipulate and agree to extend the deadline for the Defendant to file it's Opposition to the Plaintiff's Motion For Leave to File Amended Pleading for one week. As such, the Opposition will now be due on April 15, 2008.

. . . .

. . . .

1  This first request for a short extension of time is made jointly by both counsel and
2  is made in good faith.
3  DATED this 8th day of April, 2008.   DATED this 8th day of April, 2008.
4  WALLER LAW GROUP   ALVERSON, TAYLOR,
   MORTENSEN & SANDERS

/s/Timothy R. O'Reilly   /s/Shirley Blazich

JONATHAN H. WALLER, ESQ.   LEANN SANDERS, ESQ.
Nevada Bar No. 005538   Nevada Bar No. 000390
Timothy R. O'Reilly, Esq.   SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008866   Nevada Bar No. 008378
325 South Maryland Parkway   7401 W. Charleston Boulevard
Las Vegas, NV  89101   Las Vegas, NV  89117-1401
(702) 386-3933   (702) 384-7000
Attorneys for PLAINTIFF   Attorneys for DEFENDANT
Lillian Young   Life Care Centers of America, Inc.
   incorrectly named as "Life Care
   Centers of America, Inc. dba
   Life Care Center of Las Vegas, West"

**ORDER**

**IT IS ORDERED** that the deadline for Defendant to file it's Opposition to the Plaintiff's Motion For Leave to File Amended Pleading is April 15, 2008.

DATED this 10th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

2